IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESS IRA MEINEKE.,<br><br>Defendant. | CR-26-55-GF-BMM<br><br>ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above-entitled case.

DATED 17th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts